UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALBERT CROCKER,

      Plaintiff,

v.                                            Case No. 6:21-cv-238-ACC-DCI

EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION,
LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., and KIA MOTORS
FINANCE COMPANY,

      Defendants.

---

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the claims against Defendants Kia Motors Finance Company and Trans Union, LLC have been settled. (Docs. 44, 45).

Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Kia Motors Finance Company and Trans Union, LLC are hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose. After that 60-day period, however, dismissal of Plaintiff's claims against Kia Motors Finance Company and Trans Union, LLC shall be with prejudice.

The Clerk is further directed to terminate Defendants Kia Motors Finance Company and Trans Union, LLC as parties.

**DONE** and **ORDERED** at Orlando, Florida on September 14, 2021.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record